# ATTORNEY PROFILE FOR DAVID H. COLE

**Bar Admissions:**

Oklahoma, 1973

U.S. District Court for the Western District of Oklahoma

U.S. District Court for the Eastern District of Oklahoma

U.S. District Court for the Northern District of Oklahoma

U.S. Court of Appeals for the 10th Circuit

**Education:**

University of Oklahoma Law School, J.D., 1973

University of Oklahoma, B.B.A., 1970

**Profile:**

David Cole has been lead trial counsel in a multitude of cases. He has tried well over 100 cases to verdict in State and Federal Court, both in Oklahoma and out of state. Mr. Cole has prepared for trial, or taken to verdict, numerous cases in the insurance defense field, as well as insurance coverage cases for over 45 years. He has successfully mediated over 1,000 cases. He is a graduate of the University of Oklahoma and the University of Oklahoma Law School. He also is a member of the Oklahoma Association of Defense Counsel, as well as the Oklahoma Bar Association and Oklahoma County Bar Association.

**Mediation Fee Schedule:**

$200 Administrative Fee plus $375/hr. (split between the parties, unless otherwise agreed to).

No cancellation fee.

Exhibit A

## PLAINTIFF ATTORNEYS

| | |
|---|---|
| Rex Travis | (405) 236-5400 |
| Mike McGrew | (405) 235-9909 |
| Gary Bachman | (405) 235-8593 |
| Tom Steece | (405) 943-8300 |

## DEFENSE ATTORNEYS

| | |
|---|---|
| Michael Brewer | (405) 605-9000 |
| James Secrest, III | (918) 494-5905 |
| Steve Lawson | (405) 523-2501 |
| Wesley Smith | (405) 231-2623 |