# Raymond Christopher Choate

> General Contractor

> Executive General Adjuster

> Public Insurance Adjuster

> Certified Appraiser

> Certified Umpire

> Certified Mediator

541 County Road 4106
Crandall, TX 75114

972-261-4321
ray@axiomadjusters.com

## OVERVIEW

Construction experience includes 23 years of working in the field including new construction and remodeling of commercial buildings, multi-family homes and single family homes, from minor repairs to complete ground up new construction.

In 2001 I started Choate Custom Homes where we specialized in building new custom homes in the North Texas market.  In 2005, I became a licensed insurance adjuster and in 2006 I became a licensed insurance agent.  Since 2005 I have been heavily involved in adjusting, inspecting, photographing and estimating damaged properties throughout the United States. I have inspected and adjusted properties at various levels of the market for both property owners and insurance carriers.   I have received extensive training from Allstate and Pilot Catastrophe Services in analyzing wind, hail and water losses. I have inspected and adjusted well over 5000 properties during my career documenting wind, hail, and water damage and the effects of that damage on the various building materials.

My extensive construction and insurance background allows me to navigate through the insurance claim and repair process to properly address each loss on its own merits.  This experience allows me to seamlessly participate in insurance claim consulting for disputed claims needing an honest assessment and or adjustment.  I have also acted as appraiser in the insurance appraisal process, for both my corporate clients as well as individuals.  My thorough knowledge of proper construction protocol coupled with my adjusting and policy knowledge allow me to assist my clients with their disputed claims.

## EDUCATION

**Texas Tech University, Lubbock TX**

B.B.A. Marketing

**Texas Department Of Insurance**

> Adjuster

> Agent

**University of Texas in Arlington**

Mediation Certificaion

## REFERENCES

References are available upon request.

Exhibit B